IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RANDY JOE NICHOLS, #149910, )  )  Plaintiff, ) v. ) PRISON HEALTH CARE SYSTEMS, *et al*.) ) Defendants. ) | CASE NO. 2:06-cv-615-MEF |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 24, 2006 (Doc. #22), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice.

DONE this the 20th day of November, 2006.

                                         /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE